UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

KELLY GALLARDO,
    Plaintiff,

    v.

KIPP FOUNDATION, et al.,
    Defendants.

No. C 12-5017 YGR

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    August 13, 2013
Mediator:    Michael Loeb

    IT IS HEREBY ORDERED that the request to excuse plaintiff Kelly Gallardo from appearing in person at the August 13, 2013, mediation before Michael Loeb is GRANTED. Ms. Gallardo shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

July 31, 2013
Dated

By: _____
Maria-Elena James
United States Magistrate Judge